# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-0146-RLH-GWF |
| vs. | ) | **O R D E R** |
| RAASHAN COLEY, | ) | |
| Defendant. | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#60, filed June 1, 2010), entered by the Honorable George W. Foley, regarding Defendant's Motion to Suppress Statements for Fifth Amendment Violations (#37) and Motion to Suppress for fourth Amendment Violation (#42). An Objection (#62) was filed to Magistrate Judge Foley's Findings and Recommendations of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

/ / / /

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#62) are ACCEPTED and ADOPTED, and Defendant's Motion to Suppress Statements for Fifth Amendment Violations (#37) and Motion to Suppress for fourth Amendment Violation (#42) are denied.

Dated: June 28, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**