**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-cr-146-RLH |
| Plaintiff, | **ORDER** |
| v. | |
| RASHAAN COLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation and sentencing hearing currently scheduled for Monday, April 18, 2016 at 10:00 a.m., be vacated and continued to Monday, June 6, 2016 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the Court.

DATED this 15th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE