```
               FILED            RECEIVED
               ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JUN - 6 2016

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
          BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:09-CR-146-RLH-(GWF) |
| RAASHAN COLEY,<br>a.k.a. Ricky Coley, | ) ) ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant RAASHAN COLEY, a.k.a. Ricky Coley, to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant RAASHAN COLEY, a.k.a. Ricky Coley, pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 69; Plea Memorandum, ECF No. __; Preliminary Order of Forfeiture, ECF No. __.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 5, 2010, through December 4, 2010, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 74.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. .40 caliber Smith & Wesson pistol, model SW40V, serial number PAP9135;
2. .25 ACP caliber ARMI Tanfoglio Giuseppe, Made in Italy, Imported by Excam, Hialeah, FL, model GT 27, serial number MI51353;
3. .22 caliber Jennings, model J-22, serial number 022389; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 6 day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

2