**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAASHAN COLEY,<br>a.k.a. Ricky Coley,<br>Defendant. | 2:09-CR-146-RLH-(GWF)<br><br>Amended Final Order of Forfeiture |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Raashan Coley, a.k.a. Ricky Coley, to the criminal offense, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Raashan Coley, a.k.a. Ricky Coley, pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. __; Change of Plea, ECF No. 69; Preliminary Order of Forfeiture, ECF No. __.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 5, 2010, through December 4, 2010, and July 30, 2016 through August 28, 2016, notifying all potential third parties; and notified known third parties by

personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 74 and ECF No. 115.

On June 13, 2016, the United States Attorney's Office served Andrew P. Jacoby with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 114.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a .40 caliber Smith & Wesson pistol, model SW40V, serial number PAP9135;
2. a .25 ACP caliber ARMI Tanfoglio Giuseppe, Made in Italy, Imported by Excam, Hialeah, FL, model GT 27, serial number MI51353;
3. a .22 caliber Jennings, model J-22, serial number 022389; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 7th day of October, 2016.

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

    A copy of the foregoing was served upon counsel of record via Electronic Filing on October 5, 2016.

                                              */s/ Heidi L. Skillin*
                                              HEIDI L. SKILLIN
                                              FSA Paralegal