RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Raashan Coley

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAASHAN COLEY,<br><br>　　　　　Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>ORDER TO CONTINUE PRELIMINARY HEARING<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Raashan Coley, that the Preliminary Hearing currently scheduled on January 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to advise Mr. Coley on this matter and investigate the allegations in the Petition.

2. Defense counsel has requested discovery in this matter, and the United States Probation Office is preparing the same for production. Defense counsel needs additional time to review the discovery with Mr. Coley upon receipt.

3. Additional time is necessary to allow defense counsel to gather mitigating information and prepare for a preliminary hearing, if necessary.

4. Mr. Coley is in custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the second request for continuance filed herein.

DATED this 23rd day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAASHAN COLEY,<br><br>    Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 26, 2024 at the hour of 2:00 p.m., be vacated and continued to February 13, 2024, at 1:00 p.m., Courtroom 3A.

DATED this 25th day of January, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge