UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAASHAN COLEY,<br><br>    Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on January 30, 2024 at the hour of 10:30 a.m., be vacated and continued to <u>April 1, 2024</u> at the hour of <u>10:00 a.m</u>.

    DATED this 26th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3