RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Raashan Coley

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAASHAN COLEY,<br><br>                    Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Raashan Coley, that the Revocation Hearing currently scheduled on April 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Coley has a Nevada state case pending (Case No. 23-CR-098157), which is the subject of some of the allegations in the Petition before this Court.

2.     The Clark County District Attorney's Office informed defense counsel that it intended to file a writ to transport Mr. Coley to state custody to resolve the pending state case.

3.      The parties have agreed to continue this hearing so the state case can be resolved prior to the revocation hearing.

4.      Defense counsel needs additional time to advise Mr. Coley pending the resolution of the state case.

5.      Mr. Coley is in custody and agrees with the need to continue the hearing.

6.      The parties agree to the continuance.

This is the second request for continuance filed herein.

DATED this 18th day of March, 2024.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


*By: Jacquelyn N. Witt*                      *By: Jessica Oliva*
JACQUELYN N. WITT                           JESSICA OLIVA
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00146-JAD-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| RAASHAN COLEY, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on April 1, 2024 at the hour of 10:00 a.m., be vacated and continued to **June 3, 2024** at the hour of **10:00 a.m.**

DATED this 25th day of March, 2024.

_____

UNITED STATES DISTRICT JUDGE

3