# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAASHAN COLEY,<br><br>　　　　　Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on June 3, 2024 at the hour of 10:00 a.m., be vacated and continued to July 29, 2024 at the hour of 11:00 a.m.

　　　DATED this 24th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3