**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAASHAN COLEY,<br><br>　　　　　Defendant. | Case No. 2:09-cr-00146-JAD-GWF-1<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on July 29, 2024 at the hour of 11:00 a.m., be vacated and continued to August 15, 2024 at the hour of 11:00 a.m.

　　　DATED this 22nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge

3