# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Raashan Coley,<br><br>    Defendant | Case No.: 2:09-cr-146-JAD-GWF-1<br><br>**Order Granting Motion for<br>Compassionate Release**<br><br>[ECF Nos. 167, 168, 173, 174, 178, 183] |

Raashan Coley is approximately nine months into a thirteen-month prison sentence for violations of his supervised-release conditions.[1] Coley asks the court to grant him compassionate release because he has been experiencing transient ischemic attacks, which have caused him to suffer stroke-like symptoms.[2] These episodes have resulted in frequent hospitalization over the last month—most recently by emergency airlift.[3] The government opposes Coley's compassionate-release motion, contending that he is receiving medical treatment at the Nevada Southern Detention Center and that his criminal history counsels against release.[4] But Coley's medical records reflect that his treatment at NSDC has been experimental at best, and he is still experiencing severe symptoms that prison medical staff have been unable to diagnose.[5] And I acknowledge Coley's extensive criminal record, but I find that Coley has served the majority of

---

[1] ECF No. 164.
[2] ECF No. 173 at 1.
[3] *Id.* at 2.
[4] ECF No. 180.
[5] *See* ECF No. 182 at 4.

his sentence after revocation of his supervised release, which has sufficiently satisfied the aims of sentencing under 18 U.S.C. § 3553(a)(2).

So, having considered the factors in 18 U.S.C. § 3553(a) "to the extent that they are applicable," I find that these circumstances present extraordinary and compelling reasons to grant Coley compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018,[6] and that a reduction of Coley's sentence to time served is "consistent with applicable policy statements issued by the Sentencing Commission."[7]

IT IS THEREFORE ORDERED that Raashan Coley's emergency motion for compassionate release **[ECF No. 173] is GRANTED; Coley's sentence is reduced to one of time served with no supervised release to follow.**

IT IS FURTHER ORDERED that Coley's requests to seal exhibits containing his medical records **[ECF No. 168, 174, 178, 183] are GRANTED** because Coley's privacy interest in that information outweighs the public's need to access those court filings, so **the Clerk of Court is directed to MAINTAIN THE SEAL on ECF Nos. 169, 175, 179, and 184.**

Finally, Coley's motion for a judicial recommendation for a halfway-house designation **[ECF No. 167] is DENIED as moot.**

Dated: October 22, 2024

                                                          U.S. District Judge Jennifer A. Dorsey

---

[6] The First Step Act of 2018, § 603(b), Pub. L. 115-391, 132 Stat. 5194, 5239 (Dec. 21, 2018).
[7] *Id.*